RECEIVED
JUL - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES B. MITCHELL<br>BOP #47109-080 | CIVIL ACTION NO. 12-2734 |
| | SECTION P |
| VS. | |
| | JUDGE TRIMBLE |
| WARDEN, FEDERAL<br>CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to petitioner's ability to pursue such claims by filing the appropriate action.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 2 day of July, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE